IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Villanueva Guerrero Javier, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 8:07-1752-HMH-BHH |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| John J. LaManna, Warden of | ) | |
| FCI-Edgefield; L. Fuertes-Rosario, | ) | |
| Health Service Administrator; | ) | |
| Ms. S. Barron, R.N.; NFN Saha, | ) | |
| Practitioner, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court with the Report and Recommendation of United States

Magistrate Judge Bruce Howe Hendricks, made in accordance with 28 U.S.C. § 636(b)(1)

(2006) and Local Civil Rule 73.02 of the District of South Carolina.[1]  Villanueva Guerrero

Javier ("Plaintiff"), a federal prisoner proceeding pro se, alleges that the Defendants violated

his constitutional rights and brings this action pursuant to Bivens v. Six Unknown Named

Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).  In her Report and

Recommendation, Magistrate Judge Hendricks recommends granting the Defendants' motion

to dismiss or, alternatively, for summary judgment.

---

[1]The recommendation has no presumptive weight, and the responsibility for making a
final determination remains with the United States District Court.  See Mathews v. Weber,
423 U.S. 261, 270-71 (1976).  The court is charged with making a de novo determination of
those portions of the Report and Recommendation to which specific objection is made.  The
court may accept, reject, or modify, in whole or in part, the recommendation made by the
Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1) (2006).

The Plaintiff filed a document titled "Notice of Affidavit by Special Visitation/ and Response to Order to Show Cause" which the court construes as objections to the Report and Recommendation. Failure to file specific objections constitutes a waiver of a party's right to further judicial review, including appellate review, if the recommendation is accepted by the district judge. See United States v. Schronce, 727 F.2d 91, 94 & n.4 (4th Cir. 1984). In the absence of specific objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

Upon review, the court finds that the Plaintiff's objections are non-specific, unrelated to the dispositive portions of the Magistrate Judge's Report and Recommendation, or merely restate his claims. Therefore, after a thorough review of the Magistrate Judge's Report and the record in this case, the court adopts Magistrate Judge Hendricks' Report and Recommendation.

Therefore, it is

**ORDERED** that the Defendants' motion to dismiss or, alternatively, for summary judgment, docket number 20, is granted.

**IT IS SO ORDERED**.


s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
April 18, 2008

2

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.